IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR272** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LATAYO RAYMOND CLARK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw (Filing No. 430).

NECrimR 44.1(e) states that a motion to withdraw must include proof of service of the notice on the client. Such notice was not provided. Therefore, the motion is denied without prejudice.

IT IS ORDERED that the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw (Filing No. 430) is denied without prejudice.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge