IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:01CR272 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LATAYO RAYMOND CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions to reduce sentence (Filing No. 425) and to withdraw the motion to reduce sentence (Filing No. 432).

IT IS ORDERED:

1. The Defendant's motion to withdraw (Filing No. 432) the Defendant's motion to reduce sentence is denied; and

2. The Defendant's motion to reduce sentence (Filing No. 425) is denied.

DATED this 22nd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge